| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Acting Federal Public Defender |
| 2 | ANGELA M. HANSEN |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant FISH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00086 YGR |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO SET |
| | ) | BRIEFING SCHEDULE, MOTION |
| v. | ) | HEARING DATE AND TO EXCLUDE |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| DAMON FISH, | ) | |
| | ) | Date: July 12, 2012 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | |

The above-captioned matter is set on July 12, 2012 before this Court for motion setting or change of plea. Defendant is charged with a violation of 18 U.S.C. § 922(g) (felon in possession of a firearm). He has pleaded not guilty to the Indictment. After reviewing audio discovery produced to the defense after the last status hearing date in June, Mr. Fish has decided to file a motion to suppress the evidence in this case. For this reason, the parties jointly request that the Court set the requested briefing schedule below and continue the matter to September 13, 2012, at 2:00 p.m., before this Honorable Court for a hearing on the motion. The parties further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between July 12, 2012 and September 13, 2012, for effective defense preparation and for the Court's consideration of the defense motion that will be filed in this case.

Stip. Req. To Set Briefing Schedule and to
Exclude Time, No. CR-12-00086 YGR

The defense is awaiting an expert service's preparation of transcripts of several of the relevant audio files that were produced to the defense last month, and for this reason the defense requests two weeks to file the opening motion. In short, the parties are in agreement to the following briefing schedule which will provide the defense with two weeks to file an opening motion, three weeks for a government response and two weeks for a defense reply:

July 26, 2012 – defense opening motion

August 16, 2012 – government opposition

August 30, 2012 – defense reply

The parties further request that the Court set this matter for a hearing on the defense motion for September 13, 2012, at which time the Court may decide if an evidentiary hearing is necessary in this case. The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that time may be excluded based on the Court's consideration of the motion that the defense plans to file on July 26, 2012 until the conclusion of the hearing on, or other prompt disposition of, such motion. Accordingly, the parties agree that the period of time from July 12, 2012 until September 13, 2012 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence, and that the period of time until September 13, 2012 should be excluded pursuant to § 3161(h)(1)(D) once the defense motion is filed.

| | | |
|---|---|---|
| 1 | DATED: July 10, 2012 | /S/ |
| 2 | | ANDREW HUANG<br>Assistant United States Attorney |
| 3 | | |
| 4 | DATED: July 10, 2012 | /S/ |
| 5 | | ANGELA M. HANSEN<br>Assistant Federal Public Defender |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the reasons provided in the stipulation of the parties above, the Court hereby |
| 3 | FINDS: |

1. Given that the defense plans to file a motion to suppress and needs additional time to have transcripts of relevant audio recordings prepared before filing that motion;

2. Given that the parties have agreed on a reasonable briefing schedule and the defense will file an opening motion by July 26, 2012;

3. Given that the defense preparation of the motion is necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial.

Based on these findings, IT IS HEREBY ORDERED that the motion setting or change of plea hearing date of July 12, 2012, scheduled at 2:00 p.m., is vacated and this matter is reset to September 13, 2012, at 2:00 p.m., for hearing on a defense motion to suppress. The defense opening motion is due on July 26, 2012; the government's opposition is due on August 16, 2012 and the defense reply brief is due on August 30, 2012. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from July 12, 2012 until September 13, 2012. Time is excluded also pursuant to § 3161(h)(1)(D) once the defense motion is filed on July 26, 2012 until the conclusion of the hearing on, or other prompt disposition of, such motion.

DATED: July 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**United States District Judge**