UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>DAMON FISH,<br><br>　　Defendant. | Case No.: 12-CR-00086-YGR<br><br>**ORDER DENYING MOTION TO SUPPRESS** |

Defendant Damon Fish ("Defendant") filed a Motion to Suppress Evidence on April 4, 2013. (Dkt. No. 44.) The United States of America filed an opposition on April 25, 2013. (Dkt. No. 46.) Defendant filed his reply on May 16, 2013. (Dkt. No. 50.) The matter came on for hearing on May 30, 2013. (Dkt. No. 55.) At the hearing, the Court **GRANTED** Defendant's Application to Supplement the Record on His Motion to Suppress with Exhibits I and J, which had been filed just prior to the hearing. (*See* Dkt. No. 54.)

Having carefully considered the briefing and arguments submitted in this action, and for the reasons set forth in full detail on the record on May 30, 2013, Defendant's Motion to Suppress Evidence is **DENIED**.

This Order terminates Dkt. Nos. 44 and 50.

**IT IS SO ORDERED**.

Dated: June 4, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**