1 | STEVEN G. KALAR
Federal Public Defender
2 | ANGELA M. HANSEN
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant FISH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00086 YGR |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING TO A DATE BEFORE THE MAGISTRATE COURT |
| v. | ) | |
| DAMON FISH, | ) | |
| Defendant. | ) | Date: July 18, 2013<br>Time: 2:00 p.m. |

The above-captioned matter is set on July 18, 2013 before this Court for a change of plea hearing. Counsel for Mr. Fish has another matter pending before the Honorable Jeffrey White and cannot appear on the scheduled date. For this reason, and for good cause, the parties jointly request that the Court continue the matter to **July 24, 2013, at 9:30 a.m.**, before the sitting United States Magistrate Court for a change of plea hearing.

The parties agree that pursuant to General Order 42, exceptional circumstances warrant the referral of the above-captioned matter to a United States Magistrate Judge. Moreover, counsel for Mr. Fish represents that her client has consented to change his plea before a magistrate court. The parties have confirmed with the magistrate court that July 24, 2013 is an available date.

Stip. Req. To Continue Hearing Date to
Magistrate Court, No. CR-12-00086 YGR

DATED: July 16, 2013                              /S/
                                          ANDREW HUANG
                                          Assistant United States Attorney


DATED: July 16, 2013                              /S/
                                          ANGELA M. HANSEN
                                          Assistant Federal Public Defender

**ORDER**

With the agreement of the parties above, and with the consent of defendant, the Court enters the following Order:

Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the referral of the above-captioned matter to the sitting United States Magistrate Judge for a report and recommendation on the acceptance of the defendant's guilty plea to take place on July 24, 2013, at 9:30 a.m.

Upon conducting such hearing, the sitting United States Magistrate Judge shall schedule the matter for consideration of her report and recommendation on acceptance of the guilty plea, and set judgment and sentencing on specially set date of Wednesday, October 16, 2013 at 9:30 a.m. in Courtroom 5 of this Court, Hon. Yvonne Gonzalez Rogers presiding.

The scheduled change of plea hearing date of July 18, 2013 is vacated.

DATED: July 16, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge